# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:03cv76

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| Vs. ) | **ORDER** |
| ) | |
| **CHRISTOPHER L. ROGERS,** ) | |
| ) | |
| **Defendant,** ) | |
| ) | |
| **and** ) | |
| ) | |
| **ADMINSTAFF COMPANIES, INC.,** ) | |
| ) | |
| **Garnishee.** ) | |
| ) | |

**THIS MATTER** is before the court on the government's Motion for Dismissal of Writ of Garnishment. Having considered the government's motion and reviewed the pleadings, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that the government's Motion for Dismissal of Writ of Garnishment (#21) is **GRANTED,** the previously issued Writ of Garnishment is dismissed, and the Clerk of this court is instructed to close this matter.

Signed: October 20, 2008

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge